JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TERRY JONES,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA McGREW, Warden,<br><br>    Respondent. | No. CV 13-05328-DDP (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge.

IT IS ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction.

Dated: May 15, 2014

*/s/ Dean D. Pregerson*

DEAN D. PREGERSON
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY